IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARRY E. HAMILTON, | |
| PLAINTIFF, | No. 3:10-CV-1494 |
| v. | (JUDGE CAPUTO) |
| GENERAL SERVICES ADMINISTRATION, et al., | (MAGISTRATE JUDGE CARLSON) |
| DEFENDANTS. | |

## ORDER

**NOW** this 27th day of December, 2010, upon review of the report and recommendation of Magistrate Judge Thomas M. Blewitt (Doc. No. 5) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The report and recommendation (Doc. No. 5) is **ADOPTED.**

(2) The action is **DISMISSED**.

(3) This clerk of court is directed to mark this case **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge